# United States Court of Appeals for the Federal Circuit

---

**ERRATA**

December 1, 2011

---

2008-5102

EASTERN SHAWNEE TRIBE OF OKLAHOMA,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appealed from: United States District Court for the Northern District of Georgia

---

Decided: November 3, 2011
Nonprecedential Opinion

---

Please make the following change:

Page 1, change "Aaron P. Avila, Trial Attorney, argued for defendant-appellee" to "Anthony A. Yang, Assistant to the Solicitor General".